# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-10566 DLS  
**Case Name:** QUEEN, JOANNIE MAY  

**Trustee:** (360040) D Michael Case  
**Filed (f) or Converted (c):** 03/08/10 (f)  
**§341(a) Meeting Date:** 04/06/10  

**Period Ending:** 04/13/10  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 computers | 300.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2 sets of bedroom furniture | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 televisions | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | clothing and shoes - family | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Dining room table and chairs | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Dishes, pots, pans | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Living room furniture | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Microwave | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Small kitchen appliances | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Washer and dryer | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1986 Chevrolet Suburban | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2010 income tax refunds (u) | Unknown | Unknown | | 0.00 | Unknown |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$2,350.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 04/13/2010 01:44 PM   V.12.06


# Form 1
## Individual Estate Property Record and Report
## Asset Cases


Page: 2

**Case Number:** 10-10566 DLS  
**Case Name:** QUEEN, JOANNIE MAY  
**Period Ending:** 04/13/10

**Trustee:** (360040)  D Michael Case  
**Filed (f) or Converted (c):** 03/08/10 (f)  
**§341(a) Meeting Date:** 04/06/10  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**